# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

               Plaintiff,

v.

Matthew James Stewart

               Defendant.

JUDGMENT IN A CIVIL CASE

Civil Case No.:  2:15-cv-01753-LDG
Criminal Case No.: 2:10-cr-00564-LDG-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of USA and against Matthew James Stewart. Defendant's 2255 Motion is Denied and a Certificate of Appealability is Denied.

10/4/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk